

Case Number: EQCV084562    Case Title: ANTHONY BROWNE V KIM REYNOLDS, ET AL.

Opened: 08-01-2023
County: Johnson
Case Type: Other     Judge:
Prayer Amount: $.00

⊞ Show/Hide Participants

| File Date | Docket # | Case History |
|---|---|---|
| 08-07-2023 01:25:00 PM Court | D0005 | **Other Order** <br> NO FURTHER ACTION BEING TAKEN ON PLAINTIFF'S PETITION UNTIL DEFENDANTS HAVE HAD TIME TO RESPOND; SEE ORDER <br> Filed by: Court |
| 08-07-2023 12:08:00 PM Court | D0004 | **RETURN OF ORIGINAL NOTICE** <br> RE: KIM REYNOLDS; SUBSTITUTE SERVICE; SERVED DEPUTY ATTORNEY GENERAL 8/4/2023 <br> Filed by: Court |
| 08-04-2023 10:02:00 AM Court | D0003 | **RETURN OF ORIGINAL NOTICE** <br> RE: BRAD KUNKEL; PERSONAL SERVICE 8/4/2023 <br> Filed by: Court |
| 08-01-2023 04:57:00 PM Plaintiff | D0002 | **CIVIL ORIGINAL NOTICE** <br> Filed by: ANTHONY ARTHUR BROWNE |
| 08-01-2023 09:53:00 AM Plaintiff | D0001 | **Petition Filed: PETITION** <br> FOR DECLARATORY JUDGMENT AND SUPPLEMENTAL INJUNCTIVE AND MANDAMUS RELIEF <br> Filed by: ANTHONY ARTHUR BROWNE |

## APPENDIX OF FORMS

**Rule 1.1901 — Form 1:** *Form of Original Notice for Personal Service*

IN THE IOWA DISTRICT COURT FOR __Johnson__ COUNTY

| Plaintiff(s), PIN __Anthony A. Brown__ | No. __EQCV084562__ |
|---|---|
| vs. | (INSERT "LAW" OR "EQUITY") |
| Defendant(s), PIN __Kim Reynolds, et al.__ | ORIGINAL NOTICE |

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff(s) is __Anthony A. Brown__, whose address is __1434 McKinley Place__, Iowa __52246__. That attorney's telephone number is __319.541.2149__; facsimile number _____.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for __Johnson__ County, at the county courthouse in __Iowa City__, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at _____. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

(SEAL)

```
                                    _____
                                    CLERK OF COURT
                                    _____ County Courthouse
                                    _____, Iowa _____
```

IMPORTANT

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

[Report 1976; Report 1978, effective July 1, 1979; April 30, 1987, effective July 1, 1987; October 31, 1997, effective January 24, 1998; November 9, 2001, effective February 15, 2002]

# Iowa Judicial Branch

Case No. **EQCV084562**
County **Johnson**

Case Title   ANTHONY BROWNE V KIM REYNOLDS, ET AL.

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 398-3920** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **08/02/2023 02:11:02 PM**



District Clerk of Court or/by Clerk's Designee of  Johnson          County
/s/ Christine Roselund

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| ANTHONY BROWNE,<br><br>      Petitioner,<br><br>vs.<br><br>KIM REYNOLDS, in her official capacity as the Governor of the State of Iowa; BRAD KUNKEL, in his official capacity as the Sheriff of Johnson County, Iowa;<br><br>      Respondents. | EQUITY CASE NO. _____<br><br>**PETITION FOR DECLARATORY JUDGMENT AND SUPPLEMENTAL INJUNCTIVE AND MANDAMUS RELIEF** |

**COMES NOW** Petitioner, Anthony Browne, *pro se*, and prays for a declaratory judgment that he is eligible to have his right to keep and bear arms restored, as well as injunctive and mandamus relief requiring that Mr. Browne be allowed to petition the court or governor for restoration, and in support thereof states the following:

**PARTIES**

1. Petitioner ANTHONY BROWNE ("Mr. Browne"), age 52, is a married African American with two children that has been an Iowa resident since 1991 and is a current resident of Iowa City in Johnson County, Iowa.

2. Respondent, the Honorable KIM REYNOLDS ("The Governor"), is the Governor of the State of Iowa.

3. Respondent, the Honorable BRAD KUNKEL ("The Sheriff), is the Sheriff of Johnson County, Iowa.

**JURISDICTION AND VENUE**

4. This action seeks a declaratory judgment and supplemental relief pursuant to Iowa Rule of Civil Procedure 1.1101, 1.1106, 1.1501, and Iowa Code §661.5 (2023). This Court has jurisdiction over this matter pursuant to Iowa Code §602.6101 (2023).

1

5. Venue is proper in this district pursuant to Iowa Code §616.3(2) (2023) because part of the cause arose in Johnson County. Two of the parties are in Johnson County Iowa.

## STATEMENT OF THE CASE

6. This case presents a purely legal question, to wit: whether Mr. Browne's prior convictions for Willful Injury, a forcible felony, and Criminal Gang Participation—which sentences he fully discharged twenty-five years ago, paid all restitution, fines, or other financial obligations for, and for which he has had his other lost citizenship rights restored for the past eighteen years—bar him from having his right to keep and bears firearms restored for *life*.

## FACTS

7. Mr. Browne law-abiding citizen.

8. In 1991, Mr. Browne was convicted of Willful Injury in violation of Iowa Code §708.4 (1991), a class C forcible felony, and Criminal Gang Participation in violation of Iowa Code §723A.2 (1991), a class D felony. *State v. Browne*, 494 N.W.2d 241 (Iowa 1992).

9. Mr. Browne received a prison sentence of 10 years for Willful Injury and 5 years for Criminal Gang Participation, to be served concurrently.

10. Mr. Browne was also ordered to pay restitution, fines, or other financial obligations as part of his 1991 convictions for Willful Injury and Criminal Gang Participation.

11. During his prison sentence at the Iowa State Penitentiary in Fort Madison, Iowa, Mr. Browne began taking correspondence courses at his own expense from the University of Iowa with the hopes of one day completing a degree in Computer Science.

12. Mr. Browne discharged his prison sentence in January of 1998.

13. By operation of Iowa Governor Tom Vilsack's July 4th, 2005 Executive Order 42, all of Mr. Browne's rights to citizenship were restored with regards to his 1991 convictions for Willful Injury and Criminal Gang Participation, except for:

- This executive order, and all future restorations of citizenship rights, shall not include rights with respect to the receipt, transportation, or possession of firearm as provided by federal law

or Chapter 724, Weapons, of the Code of Iowa, nor shall it relieve an offender of any unpaid restitution, fine, or other financial obligation resulting from a conviction.
- This executive order, and all future restorations of citizenship rights, shall not be construed as a pardon or as a remission of guilt or forgiveness of the offense and shall not operate as a bar to greater penalties for second offenses or a subsequent conviction as a habitual criminal.

14. On December 17th, 2005, Mr. Browne completed his degree in Computer Science at the University of Iowa.

15. Since 2006, Mr. Browne has been employed full time as a Software or DevSecOps Engineer.

16. Since 2005, Mr. Browne has been a registered voter in Johnson County Iowa and has voted in each election since then.

17. Mr. Browne paid in full all his restitution, fines, or other financial obligations with regards to his 1991 convictions for Willful Injury and Criminal Gang Participation.

18. From April 2019 to December 2021, Mr. Browne held an active SECRET security clearance with the U.S. Department of Defense for his work as a DevSecOps Engineer at Collins Aerospace on TCTS-II.[1]

19. The Governor is vested with the Supreme Executive power of the State and is Chief Magistrate responsible for the faithful execution of the laws pursuant to the Iowa Constitution, Article IV, Sections 1 & 9.

20. The Governor has the power to grant reprieves, commutations, and pardons, after conviction, for all offenses, which power includes the restoration of the right to keep and bear arms, pursuant to Iowa Constitution, Article IV, Section 16.

21. Persons in Johnson County Iowa must apply to The Sheriff for a permit to acquire pistols or revolvers pursuant to Iowa Code §724.17 (2023).

22. On January 14, 2011, Governor Terry Branstad signed Executive Order Number 70, which revoked Governor Vilsack's Executive Order 42.

---

[1] *See*: Collins Aerospace, TCTS-II Brochure (last visited July 31st, 2023)

23. On August 5th, 2020, The Governor signed Executive Order Number 7, which also did a blanket restoration of felon's citizenship rights.

24. Executive Orders 7 and 70 did not alter the rights of Mr. Browne.

25. Iowa Code §914.7 (2023) prevents Iowa courts, The Governor, other state courts or governors, and the U.S. federal government from restoring Mr. Browne's right to keep and bear arms for the remainder of his *life*.

## COUNT I

### AS APPLIED TO THE PETITIONER, IOWA CODE §914.7 (2023) VIOLATES HIS RIGHT TO KEEP AND BEAR ARMS UNDER THE U.S. CONSTITUTION

26. Petitioner hereby incorporates the allegations of all previous paragraphs as though those allegations were fully set forth herein.

27. As applied to the Petitioner, Iowa Code §914.7 (2023) violates his right to keep and bear arms under the Second Amendment of the U.S. Constitution.

## COUNT II

### AS APPLIED TO THE PETITIONER, IOWA CODE §914.7 (2023) VIOLATES HIS RIGHT TO KEEP AND BEAR ARMS UNDER THE IOWA CONSTITUTION

28. Petitioner hereby incorporates the allegations of all previous paragraphs as though those allegations were fully set forth herein.

29. As applied to the Petitioner, Iowa Code §914.7 (2023) violates his right to keep and bear arms under the Article I, Section 1A of the Iowa Constitution.

## PRAYER FOR RELIEF:
## DECLARATORY JUDGMENT AND SUPPLEMENTAL RELIEF

30. Petitioner hereby incorporates the allegations of all previous paragraphs as though those allegations were fully set forth herein.

31. This matter is appropriate for declaratory relief pursuant to Iowa Rule of Civil Procedure 1.1101 and granting such relief would terminate the legal dispute that gave rise to this Petition.

32. This matter is also appropriate for permanent injunctive relief pursuant to Iowa Rules of

Civil Procedure 1.1106 and 1.1501. Absent injunctive relief, Mr. Browne will continue to suffer irreparable injury for which there is no adequate remedy at law for the remainder of his life.

33. Once the Court enters the requested declaratory relief, Mr. Browne's right to have his firearm rights restored will be clear and the Respondents will have a mandatory obligation to allow him to petition for restoration of his right to keep and bear arms and have that petition granted, should he meet the constitutional criteria, thereby restoring his right to keep and bear arms and the Petitioner prays that the Court issue mandamus relief pursuant to Iowa Code §661.4 (2023) to effectuate the newly declared right.

**WHEREFORE**, the Petitioner respectfully urges this Court to enter judgment as follows:

(1) Declaring that:

a. Under the Second Amendment of the U.S. Constitution, Iowa Code §914.7 (2023) is unconstitutional, as applied to the Petitioner.

b. Under Article I, Section 1A of the Iowa Constitution, Iowa Code §914.7 (2023) is unconstitutional, as applied to the Petitioner;

(2) Enjoining Respondents from:

Refusing to allow Iowans who have forcible felony convictions that have been discharged twenty or more years, paid in full all restitution, fines, or other financial obligations due, and have their other citizenship rights restored from petitioning Iowa courts or The Governor for restoration of their right to keep and bears arms and having those rights restored, if the applicant meets the constitutional requirements;

(3) Issuing a Writ of Mandamus requiring the Respondents to immediately permit Iowa residents who have forcible felony convictions that have been discharged twenty or more years, paid in full all restitution, fines, or other financial obligations due, and have their other citizenship rights restored to petition Iowa courts or The Governor for restoration of their right to keep and bear arms and having those rights restored, if the applicant meets the constitutional requirements;

(4) For Petitioner's costs incurred herein; and,

(5)     For such other and further relief as the Court deems just and proper.

Date: July 31st, 2023

                                        Respectfully submitted,

                                        /Anthony Browne/
                                        Anthony Browne, *pro se*
                                        Iowa City Iowa, 52246
                                        (319) 541.2149
                                        anthony.browne@live.com

*Copy to Respondents*:

Iowa Governor Kim Reynolds
Office of the Governor
Iowa State Capitol
1007 East Grand Avenue
Des Moines, IA 50319

Johnson County, Iowa Sheriff Brad Kunkel
Johnson County Sheriff's Office
PO Box 2540
511 S Capitol Street
Iowa City, IA 52244

*Original filed.*

# Return of Service

JOHNSON COUNTY SHERIFFS OFFICE • PO BOX 2540, 511 S CAPITOL ST, IOWA CITY, IA 52244-2540 • (319) 356-6030

## IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

**STATE OF IOWA** )
) SS
**JOHNSON COUNTY** )

Docket No: 23-02809
Court No: EQCV084562
Reference No:
Received: 08/03/2023

PLAINTIFF: BROWNE, ANTHONY A
vs.
DEFENDANT: JOHNSON COUNTY, IOWA SHERIFF BRAD KUNKEL, ET AL

| Requestor(s) | Address | Phone |
|---|---|---|
| BROWNE, ANTHONY A | 1434 MCKINLEY PLACE, IOWA CITY, IA 52246 | (319) 541-2149 |

ADVANCE FEES PAID

### SERVED PARTY
Name: JOHNSON COUNTY, IOWA SHERIFF BRAD KUNKEL, ET AL   Party Type: DEFENDANT
Address: 511 S CAPITOL ST, IOWA CITY, IA, 52242

### SERVICE INFORMATION
Document(s): ORIGINAL NOTICE AND PETITION
Type of Service: PERSONAL   Status: SERVED
By Serving: JOHNSON COUNTY, IOWA SHERIFF BRAD KUNKEL, ET AL
Location: 511 S CAPITOL ST, IOWA CITY, IA 52242
Comments:

| | Date | Time | Officer | Notes |
|---|---|---|---|---|
| Service ▶ | 08/04/2023 | 8:10 | 5268 • DAVID BROLL | |

### FEES

| Date | Item Name | Item Description | Charges | Receipts | Balance |
|---|---|---|---|---|---|
| 08/03/2023 | CHECK | | | $30.66 | |
| 08/04/2023 | MILEAGE | | $0.66 | | |
| 08/04/2023 | SERVICE FEES | | $30.00 | | |
| | | | $30.66 | $30.66 | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct. Brad Kunkel, Sheriff, Johnson County, Iowa

*Broll 52-68*

Deputy Sheriff or Designee                                                Date

### IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

ANTHONY ARTHUR BROWNE

      **Plaintiff(s),**         CASE NO. 06521 EQCV084562

vs.

       **ORDER**

KIMBERLY KAY REYNOLDS AS GOVERNOR    Dated: 08/07/2023
BRAD KUNKEL

       **Defendant(s).**

On this date, the Clerk of Court has presented the undersigned with Plaintiff's August 1, 2023 Petition for Declaratory Judgment and Supplemental Injunctive and Mandamus Relief. The Court will be taking no further action on the Petition until such time as both Defendants have been served with the Petition and Original Notice and have had time to respond to the Petition. Court Administration shall monitor the file according the routine scheduling and monitoring procedures.

Clerk to notify.



State of Iowa Courts

**Case Number**  **Case Title**
EQCV084562       ANTHONY BROWNE V KIM REYNOLDS, ET AL.
**Type:**        Other Order

So Ordered

Ian K. Thornhill, District Court Judge,
Sixth Judicial District of Iowa

Electronically signed on 2023-08-07 13:25:38



**POLK COUNTY SHERIFF'S OFFICE**

Civil Division | 222 – 5th Avenue Des Moines, IA, 50309

**SHERIFF KEVIN J. SCHNEIDER**

Sheriff's Office (515) 286-3940 | Fax (515) 286-3410

# RETURN OF SERVICE
### In the IA District Court for JOHNSON COUNTY COURT

| ANTHONY A BROWNE | VS | GOVERNOR KIM REYNOLDS |
|---|---|---|

Sheriff #: 23028280
Case #: EQCV084562
Received: 8/3/2023
Service Number: 190988

**STATE OF IOWA POLK COUNTY } §**

I certify that I served a copy of:
X Original Notice/Petition

On: 8/4/2023 11:05:00 AM
To: GOVERNOR KIM REYNOLDS by delivering a copy to JEFF PETERZALEK
    a person at least 18 years of age described as DEPUTY ATTORNEY GENERAL
Manner Served: OFFICIAL
Address of Service: 1305 E Walnut St, Des Moines, IA 50319
Notes:

**Attempts**

Date: 8/4/2023 11:05:00 AM
Address: 1305 E Walnut St, Des Moines, IA 50319
Note:

| **FEES** | **Kevin J Schneider, Sheriff of Polk County, Iowa** |
|---|---|
| Total: $33.93 | *signature* |
| | Deputy/Server: Patrick Adamovicz |

Entered by Janet Lose - 8/7/2023 11:47:41 AM.



State of Iowa Courts

**Case Number**  **Case Title**
EQCV084562    ANTHONY BROWNE V KIM REYNOLDS, ET AL.
**Type:**        Other Order

So Ordered

Ian K. Thornhill, District Court Judge,
Sixth Judicial District of Iowa

Electronically signed on 2023-08-07 13:25:38

**CERTIFICATE OF SERVICE**

Plaintiff in this matter is pro se, and it is currently unclear whether he is a registered electronic filer in the CM/ECF system. Accordingly, paper copies of this document were mailed via U.S. Mail on August 14, 2023, to plaintiff's provided mailing address of record. *See* Fed. R. Civ. P. 5(b)(2)(C).

Anthony Arthur Browne
1434 McKinley Place
Iowa City, Iowa 52246
Email: anthony.browne@live.com

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
Assistant Attorney General