IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY ARTHUR BROWNE,<br><br>　　　Plaintiff,<br><br>v.<br><br>KIMBERLY KAY REYNOLDS, in her official capacity as the Governor of the State of Iowa, and<br><br>BRAD KUNKEL, in his official capacity as the Sheriff of Johnson County, Iowa,<br><br>　　　Defendants. | Case No. 3:23-cv-00053-SMR-HCA<br><br>**MOTION TO JOIN AND DISMISS** |

　　　**COMES NOW** Defendant, Brad Kunkel, Sheriff of Johnson County, Iowa and pursuant to Federal Rule of Civil Procedure 12(g) joins the Motion to Dismiss filed by the Governor. In addition, as no cognizable claim has been raised against the Sheriff, the action against him should be dismissed under Federal Rules of Civil Procedure 12(b)(6) and 12(h)(2).

1. The Sheriff is only listed three times in the Petition: once in the caption, once as a purported party in ¶ 3, and once in ¶ 21 as a person who administers the gun permit process outlined in Iowa Code § 724.17.

2. Mr. Browne does not aver that he has applied for a permit to acquire guns and been denied by the Sheriff or that the Sheriff has done anything contrary to law.

3. Moreover, the Sheriff does not make laws or determine a laws' constitutionality.

4. Indeed, whatever the law is deemed to be by this Court, the Sheriff is duty-bound to follow it.

5. The Sheriff does not need an injunction or a writ of mandamus to do so.

6. *See generally, Orr v. Diamond*, No. 07-1695, 2007 U.S. Dist. LEXIS 47490 (E.D. La. June 26, 2007) (granting dismissal under 12(b)(6) because pro se plaintiff sued the wrong party); *Parizek v. Cty. of Ward N.D.*, No. 1:18-cv-110, 2019 U.S. Dist. LEXIS 251793 (D.N.D. Nov. 14, 2019) (granting a sheriff's request for dismissal under 12(b)(6) as his participation in the litigation was redundant and unnecessary to the ultimate question at issue).

7. In accordance with Local Rule 7(d)(8), no brief in support will be filed.

**WHEREFORE,** Sheriff Kunkel respectfully requests that this Court dismiss all claims against him as set forth in the Petition.

Respectfully submitted,

/s/ *Susan D. Nehring*
Susan D. Nehring
First Assistant Johnson County Attorney
500 S. Clinton St., Suite 400
Iowa City, IA  52240
Phone (319) 339-6100
E-mail: snehring@johnsoncountyiowa.gov

/s/ *David M. Van Compernolle*
David M. Van Compernolle
Assistant Johnson County Attorney
500 S. Clinton St., Suite 400
Iowa City, IA  52240
Phone (319) 339-6100
E-mail: dvancompernolle@johnsoncountyiowa.gov
(*admitted pro hac vice*)

ATTORNEYS FOR DEFENDANT
BRAD KUNKEL, Sheriff of Johnson County, Iowa