IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY BROWNE,<br><br>  Plaintiff,<br><br>vs.<br><br>KIM REYNOLDS, in her official capacity as the Governor of the State of Iowa; BRAD KUNKEL, in his official capacity as the Sheriff of Johnson County, Iowa;<br><br>  Defendants. | Case No. 3:23-cv-00053-SMR-HCA<br><br>**MOTION TO EXTEND DEADLINES** |

  **COMES NOW** Petitioner, Anthony Browne, *pro se*, and hereby moves the Court to extend the filing deadlines outlined below and in support thereof states the following:

  1. Plaintiff's response to Defendant Reynolds' motion to dismiss is due by 9/8/2023.

  2. Plaintiff's response to Defendant Kunkel's motion to dismiss is due by 9/11/2023.

  3. Plaintiff has until 9/13/2023 to file a motion to remand pursuant to 28 U.S. Code § 1447(c).

  4. Plaintiff has a prescheduled vacation from Sept. 1-5.

  5. Plaintiff was only recently granted access as a pro se e-filer in the Southern District of Iowa on 8/25/2023.

  6. No other extensions have been granted to date.

  7. There are no other recent court-imposed deadlines.

  8. No pretrial conference has been scheduled.

  9. The Plaintiff proposes the deadlines for all three filings be on and including 9/24/2023.

10. The Plaintiff has conferred with opposing counsel, in compliance with Local Rule 7(k), and counsel for both Defendants do not oppose the deadline extension.

WHEREFORE the Plaintiff respectfully requests that this Court extend the filing deadlines as proposed.

Dated: August 28th, 2023

Respectfully submitted,

/s/Anthony Browne
Anthony Browne, *pro se*
P.O. Box 66
Iowa City, Iowa, 52244
(319) 541.2149
anthony.browne@live.com

*Copy to Respondents*:

Iowa Governor Kim Reynolds
*By and through counsel*:
Jeffrey C. Peterzalek - LEAD ATTORNEY
Shannon Archer
Tessa Margaret Register
OFFICE OF ATTORNEY GENERAL OF IOWA (DSM)
1305 E. WALNUT STREET
DES MOINES, IA 50319
515-281-4213
Fax: 515-281-4209
Email: Jeffrey.Peterzalek@ag.iowa.gov
Phone: 515-281-8080
Email: shannon.archer@ag.iowa.gov
Phone: 515-281-5112
Fax: 515-281-4209
Email: tessa.register@ag.iowa.gov

Johnson County, Iowa Sheriff Brad Kunkel
*By and through counsel*:
Susan D. Nehring - LEAD ATTORNEY
David Michael Van Compernolle - PRO HAC VICE
JOHNSON COUNTY ATTORNEY'S OFFICE
500 SOUTH CLINTON STREET, SUITE 400
IOWA CITY, IA 52240
Phone: 319-339-6100
Fax: 319-339-6149
Email: snehring@johnsoncountyiowa.gov
Phone: 319-688-8181
Fax: 319-339-6149
Email: dvancompernolle@johnsoncountyiowa.gov

*Original filed.*

**CERTIFICATE OF SERVICE**

      The Defendants have been served electronically to their attorneys of record by email notifications generated by CM/ECF pursuant to Fed. R. Civ. P. 5(b)(2)(E).